# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO: 1:18-CV-21560

**EARIC PATTEN,**

    **Plaintiff,**

vs.

**INTEGRATED TECH GROUP, LLC,**

    **Defendant.**
_____/

### JOINT STIPULATION FOR ENTRY OF RULE 502(d) ORDER

The Parties, by and through their undersigned counsel, hereby stipulate to entry of the Federal Rule of Evidence 502(d) Order attached as Exhibit "1."

DATED this 26th day of June, 2018.

| | |
|---|---|
| **Remer & Georges-Pierre, PLLC**<br>44 West Flagler Street<br>Suite 2200<br>Miami, Florida 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005 | **Jackson Lewis P.C.**<br>Wells Fargo Center<br>100 S. Ashley Drive, Suite 2200<br>Tampa, Florida 33602<br>Telephone: (813) 512-3210<br>Facsimile: (813) 512-3211 |
| By: */s/ Nathaly Lewis*<br>Nathaly Lewis, Esq.<br>Florida Bar No. 118315<br>nl@rgpattorneys.com<br>Peter M. Hoogerwoerd, Esq.<br>Florida Bar No. 188239<br>phm@rgpattorneys.com<br>Michelle Muskus, Esq.<br>Florida Bar No. 1003077<br>mm@rgpattorneys.com<br><br>*Attorneys for Plaintiff* | By: */s/ Ashwin R. Trehan*<br>Laura E. Prather, B.C.S.<br>Florida Bar No. 870854<br>laura.prather@jacksonlewis.com<br>Ashwin R. Trehan, Esq.<br>Florida Bar No. 0042675<br>ashwin.trehan@jacksonlewis.com<br><br>*Attorneys for Defendant* |