UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:18-CV-21560

EARIC PATTEN,

    Plaintiff,

vs.

INTEGRATED TECH GROUP, LLC,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

Defendant, Integrated Tech Group, LLC, notifies the Court that the parties have agreed to settle this action and are in the process of reducing their agreement to writing.

Dated: August 31, 2018.

                                                By:    */s/ Ashwin R. Trehan*
                                                            Laura E. Prather, B.C.S.
                                                             Florida Bar No. 870854
                                                             laura.prather@jacksonlewis.com
                                                             Ashwin R. Trehan, Esq.
                                                             Florida Bar No. 0042675
                                                             ashwin.trehan@jacksonlewis.com
                                                             **Jackson Lewis P.C.**
                                                             Wells Fargo Center
                                                             100 S. Ashley Drive, Suite 2200
                                                             Tampa, Florida 33602
                                                             Telephone:    (813) 512-3210
                                                             Facsimile:    (813) 512-3211

                                                             ***Attorneys for Defendant***

CASE NO.: 1:18-CV-21560

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 31st day of August, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send the document to all counsel of record identified on the attached Service List.

*/s/ Ashwin R. Trehan*
Ashwin R. Trehan, Esq.

CASE NO.: 1:18-CV-21560

## SERVICE LIST
### Earic Patten v. Integrated Tech Group, LLC
### United States District Court Southern District of Florida

*Via CM/ECF*

Peter Michael Hoogerwoerd, Esq.
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
nl@rgpattorneys.com
Michelle Muskus, Esq.
mm@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street
Suite 2200
Miami, Florida  33130

*Attorneys for Plaintiff*

Ashwin R. Trehan, Esq.
Ashwin.trehan@jacksonlewis.com
Laura E. Prather, B.C.S.
Laura.prather@jacksonlewis.com
Andrew R. Lincoln, Esq.
Andrew.lincoln@jacksonlewis.com
**JACKSON LEWIS P.C.**
100 South Ashley Drive
Suite 2200
Tampa, Florida  33602

*Attorneys for Defendant*